PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
KAREN ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Ste 4401
Fresno, CA 93721
Telephone: (559) 497-4048

**SEALED**

FILED
Aug 07, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

  v.

Luis Eduardo Sanchez Azpeitia,

        Defendant.

CASE NO. 1:23-mj-00091 BAM

SEALING ORDER

**UNDER SEAL**

**S E A L I N G   O R D E R**

    Upon Application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 8/4/23

/s/ B. McAuliffe
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE