1 PHILLIP A. TALBERT
United States Attorney
2 KATRINA BROWNSON
KAREN A. ESCOBAR
3 Assistant United States Attorney
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5
Attorneys for Plaintiff
6 United States of America

**FILED**

AUG 07 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS EDUARDO SANCHEZ-AZPEITIA,<br><br>　　　　　　Defendant. | CASE NO.: 1:23-MJ91-BAM<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter be, and is, unsealed.

Dated: 8/7/23

The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE